IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-36-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LYCURTIS THOMPSON, | ) |
| | ) |
| Defendant. | ) |

The court DENIES as meritless defendant's motion for reconsideration [D.E. 86]. Cf. [D.E. 77, 90, 91].

SO ORDERED. This 24 day of July, 2025.

JAMES C. DEVER III
United States District Judge